June 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JANICE HUNICKE, Appellant

NO. 14-12-00199-CV             V.

SEAFARERS INTERNATIONAL UNION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Seafarers International Union, signed February 23, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment on the appellant's sexual-harassment claim on the basis of limitations. We therefore order that the portion of the judgment that dismisses the appellant's sexual-harassment claim is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.